1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORTHERN (RENO) DIVISION

| UNITED STATES OF AMERICA ex rel Serena Hulbert, | |
|---|---|
| Plaintiff, | Case No. CV-N-05-0403-HDM-VPC |
| vs. | **ORDER AND JUDGMENT ON JUDICIAL DETERMINATION THAT SETTLEMENT IS FAIR ADEQUATE AND REASONABLE** |
| NATIONAL COUNCIL OF JUVENILE AND FAMILY COURT JUDGES, | |
| Defendant. | |

PURSUANT TO THE ORDER RE: JUDICIAL DETERMINATION THAT SETTLEMENT IS FAIR ADEQUATE AND REASONABLE, ENTERED ON MARCH 28, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

///

///

///

1. Judgment shall be entered in the above-captioned action for the judicial determination that the Government's proposed settlement is fair, adequate, and reasonable.

**IT IS SO ORDERED.**

DATED: May 8, 2008

_Howard D. McKibben_
United States District Judge

Approved as to form:

DATED:   5/7/08

/s/ Roger W. Wenthe
ROGER W. WENTHE
U.S. ATTORNEY'S OFFICE

Attorneys for Plaintiff

DATED:   5/7/08

/s/ Mark R. Thierman
MARK R. THIERMAN, ESQ.
THIERMAN LAW FIRM

Attorneys for Plaintiff
SERENA HULBERT

DATED:   5/7/08

/s/ Dan C. Bowen
DAN C. BOWEN
BOWEN, HALL

Attorney for Defendant
NATIONAL COUNCIL OF JUVENILE AND FAMILY COURT JUDGES